IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHERYL GILLIS ROWSEY,**

     **Plaintiff,**

**v.**                                                    **Case No. 1:22-cv-46-AW-MAF**

**FRANK BISIGNANO,**
**Commissioner of Social Security,**

     **Defendant.**

_____/

## ORDER GRANTING PETITION FOR ATTORNEY'S FEES

Petitioner, counsel for Plaintiff, seeks a determination that a $23,000 fee award is reasonable. ECF No. 20. The Commissioner, noting that the funds would come from those Plaintiff already recovered, takes no position on the request. ECF No. 21. The Commissioner requests, though, that the court distinguish between the full amount determined as reasonable and the net amount awarded for purposes of payment. *Id.* (The Commissioner has withheld a percentage of Plaintiff's award for past-due benefits, and the Commissioner is entitled to recoup fees paid under the EAJA.)

The magistrate judge issued a report and recommendation that concludes the court should grant the Petition. ECF No. 24. There has been no objection. Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. The Petition (ECF No. 20) is GRANTED. The court concludes

1

$23,000.00 is a reasonable fee. Counsel may recover from the Commissioner's withheld funds the sum of $18,083.98, which represents the $23,000.00 fee less the $4,916.02 in EAJA fees counsel already received.

SO ORDERED on June 11, 2026.

s/ *Allen Winsor*
Chief United States District Judge